Eugene P. Ramirez, Esq. (State Bar No. 134865)
   *epr@manningllp.com*
Tony M. Sain, Esq. (State Bar No. 251626)
   *tms@manningllp.com*
Lynn L. Carpenter, Esq. (State Bar No. 310011)
   *llc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,
COUNTY OF RIVERSIDE; DEP.
MICHAEL HAMILTON; AND DEP.
ROSA CALDERON

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JENNY TUCKER AND SHAWN TUCKER, in each case individually and as successors in interest to Matthew Keith Tucker,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF RIVERSIDE, CALIFORNIA; MICHAEL HAMILTON; ROSA CALDERON; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 5:16-CV-02275-JGB (DTBx)<br>[*Hon. Jesus G. Bernal, District Judge;*<br>*Hon. David T. Bristow, Magistrate J.*]<br><br>**JUDGMENT**<br><br>Complaint Filed:           10/31/2016<br>Final Pre-Trial Conference: 09/10/2018<br>Trial Date:                10/30/2018 |

After a Jury Trial conducted on October 30, October 31, November 1, November 2, November 6, and November 7, 2018, the Jury has rendered a **Verdict in favor of defendants** MICHAEL HAMILTON and ROSA CALDERON and the COUNTY OF RIVERSIDE on all operative claims and causes of action brought by plaintiffs JENNY TUCKER AND SHAWN TUCKER (in each case individually and as successors in interest to Matthew Keith Tucker): and such verdict was against the plaintiffs.

Prior to submission of the case to the jury, plaintiffs and/or the Court had previously dismissed with prejudice all claims and/or causes of action not addressed in this Judgment herein below.

In light of the foregoing, the Court hereby enters <u>Judgment</u> in this case as follows:

1. As to the First Claim for Relief – a claim for **Unlawful Detention and Arrest** pursuant to 42 U.S.C. § 1983 in violation of the Fourth Amendment to the United States Constitution by plaintiffs against Investigator/Deputy MICHAEL HAMILTON and Deputy ROSA CALDERON [First Claim for Relief] – the Court hereby enters **Judgment in favor of the defendants** on this cause of action and all claims therein.  Accordingly, plaintiffs shall recover nothing as to this claim.

2. As to the Second Claim for Relief – a claim for **Unreasonable Search and Seizure – Excessive Force** pursuant to 42 U.S.C. § 1983 in violation of the Fourth Amendment to the United States Constitution by plaintiffs against Investigator/Deputy MICHAEL HAMILTON and Deputy ROSA CALDERON [Second Claim for Relief] – the Court hereby enters **Judgment in favor of the defendants** on this cause of action and all claims therein.  Accordingly, plaintiffs shall recover nothing as to this claim.

3. As to the Sixth Claim for Relief – a claim for California Government Code section 820 and California Common Law (**Battery – Wrongful Death**) pursuant to section 815.2 of the California Government Code by plaintiffs against Investigator/Deputy MICHAEL HAMILTON and Deputy ROSA CALDERON [Sixth Claim for Relief] – the Court hereby enters **Judgment in favor of the defendants** on this cause of action and all claims therein.  Accordingly, plaintiffs shall recover nothing as to this claim.

4. As to the Seventh Claim for Relief – a claim for California Government Code section 820 and California Common Law (**Negligence – Wrongful Death**) pursuant to section 815.2(a) of the California Government Code by plaintiffs against Investigator/Deputy MICHAEL HAMILTON and Deputy ROSA CALDERON

[Seventh Claim for Relief] – the Court hereby enters **Judgment in favor of the defendants** on this cause of action and all claims therein. Accordingly, plaintiffs shall recover nothing as to this claim.

5. In light of the foregoing, the **Court hereby Orders that JUDGMENT shall be entered for all of the defendants in this action, and against the plaintiffs, on all of the plaintiffs' claims and causes of action in this civil action**; and that plaintiffs shall recover nothing as to any of their claims in this action.

6. The Court further Orders that defendants shall be permitted to recover their costs against plaintiffs JENNY TUCKER AND SHAWN TUCKER (in each case individually and as successors in interest to Matthew Keith Tucker) to the extent permitted under the applicable Federal Rules.

7. In light of the foregoing, except to retain jurisdiction to enforce this Judgment or other Order of this Court made in this action, and to rule upon an application for costs, **the Court hereby DISMISSES WITH PREJUDICE the entire action, and all claims and causes of action therein**.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: November 21, 2018

UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

By: _____
Hon. Jesus G. Bernal
UNITED STATES DISTRCT JUDGE