# UNITED STATES DISTRICT COURT
## Central District of California

### APPLICATION TO THE CLERK TO TAX COSTS

SHAWN TUCKER and JENNY TUCKER,
SUCESSORS TO MATTHEW K. TUCKER
V.

Case Number: 5:16-CV-02275-JGB (DTBx)

COUNTY OF RIVERSIDE, et al.

Judgment was entered in this action on __11/21/18__ / __148__ against __Jenny Tucker and Shawn Tucker__.
                                        Date           Docket

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---|
| Filing fees: see L.R. 54-3.1 | |
| Fees for service of process: see L.R. 54-3.2 | 1,673 |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | |
| Depositions: see L.R. 54-3.5 | 8,414 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | 3,696 |
| Interpreter's and translator's fees: see L.R. 54-3.7 | |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | 3,658 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 (attach court order). [Mediation costs not taxable pursuant to L.R. 54-3.12] | $0.00 ~~800~~ |
| State Court costs: see L.R. 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| | 17,441 |
| **TOTAL** | ~~18,241~~ |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

[X] The Court's CM/ECF System
[ ] Conventional service by first class mail
[ ] Other _____

_Lynn L. Carpenter_
Signature

Lynn L. Carpenter, Esq.
Print Name

Attorney for: Defendants, County of Riverside, et al.

Costs are taxed in the amount of $17,441

Kiry Gray
Clerk of Court

By: _C.L._
Deputy Clerk

March 5, 2019
Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| **WITNESS FEES** (computation, *see* 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
| Shelly Moya | 1 | 56 | | | | | 56 |
| 6405 South 65th Ave. | | | | | | | |
| Laveen, AZ 85339 | | | | | | | |
| Dr. Mark Fajardo | 1 | 275 | | | | | 275 |
| 800 S. Redlands Ave. | | | | | | | |
| Perris, AZ 92570 | | | | | | | |
| Pam Wester | 1 | 1,200 | | | | | 1,200 |
| P.O. Box 2383 | | | | | | | |
| Camp Verde, AZ 86322 | | | | | | | |
| Roger Clark | 1 | 1,050 | | | | | 1,050 |
| 10207 Molina Rd. | | | | | | | |
| Santee, CA 92071 | | | | | | | |
| Kirsten Leisure Ramirez | 1 | 275 | | | | | 275 |
| 800 S. Redlands Ave. | | | | | | | |
| Perris, CA 92570 | | | | | | | |
| Robert Anderson, RNA Consulting, Inc. | 1 | 840 | | | | | 840 |
| 27820 Saddle Ct. | | | | | | | |
| Los Altos Hills, CA 94022 | | | | | | | |
| | | | | | | TOTAL | 3,696 |